UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ERICA LOUNSBERRY,

                Defendant.

**DECISION AND ORDER**
18-CR-49-A

UNITED STATES DISTRICT COURT FILED MAY 09 2019 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

    This case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On April 16, 2019, defendant Erica Lounsberry appeared before Magistrate Judge Roemer and entered a plea of guilty to Count 1 of the Indictment which charges a conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. Magistrate Judge Roemer has issued a Report and Recommendation (Dkt. No. 203) confirming his oral report and recommendation finding that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. Dkt. No. 209, pp. 50-51. It is hereby

    **ORDERED** that upon review of the transcript of the April 16, 2019, change-of-plea proceeding before the Magistrate Judge, the Court finds that defendant Lounsberry's plea of guilty was knowing, voluntary, and has a factual basis. Accordingly, defendant Lounsberry's plea of guilty is accepted based upon the oral findings and recommendations of the Magistrate Judge as confirmed in the written Report and Recommendation. Dkt. No. 209, pp. 50-51; Dkt. No. 203. The parties are directed to the Court's Text Order setting a date for sentencing and the

submission of sentencing documents.

**IT IS SO ORDERED.**

_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: May 9, 2019